*C. E. Roop, solicitor,* contra.

---

7557. ROSS *et al. v.* THE STATE.

WADE, C. J. 1. Where alleged newly discovered evidence, presented as the basis of a motion for a new trial, "is that of witnesses, affidavits as to their residence, associates, means of knowledge, character, and credibility must be adduced." *Beatty* v. *State,* 16 *Ga. App.* 571 (85 S. E. 766). Civil Code, § 6086. No such affidavit appears in the record in this case. "The absence of testimony sufficient to support the credibility of witnesses who purport to furnish newly discovered evidence is fatal to a ground of a motion for a new trial based thereon, if the trial judge sees proper to overrule it." *Winder* v. *State,* ante, 67 (88 S. E. 1003).

2. The general grounds of the motion for a new trial are expressly

abandoned by the plaintiffs in error and "the sole ground relied upon by them is that of newly discovered evidence." *Judgment affirmed.*
DECIDED JULY 29, 1916.

Accusation of gaming; from city court of Cartersville—Judge Moon. April 19, 1916.

*William T. Townsend,* for plaintiff in error.

*Watt H. Milner, solicitor,* contra.